

**CT Corporation**
**Service of Process Notification**
09/07/2022
CT Log Number 542265599

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | LYNETTE OBREGON<br>Firstgroup America, Inc.<br>600 VINE ST STE 1400<br>CINCINNATI, OH 45202-2426 |
| **RE:** | Process Served in Illinois |
| **FOR:** | First Transit, Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: JEANIE A. MCSWAIN // To: First Transit, Inc. |
| **CASE #:** | 2022L007660 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision |
| **PROCESS SERVED ON:** | C T Corporation System, Chicago, IL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 09/07/2022 at 03:46 |
| **JURISDICTION SERVED:** | Illinois |
| **ACTION ITEMS:** | CT will retain the current log<br><br>Image SOP<br><br>Email Notification,  ANDREW PUGH  Andreww.Pugh@firstgroup.com<br><br>Email Notification,  LYNETTE OBREGON  lynette_obregon@gbtpa.com<br><br>Email Notification,  Amy Pucke  amy.pucke@firstgroup.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1

**EXHIBIT A**

# Wolters Kluwer

## PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Sep 7, 2022
**Server Name:** Sheriff Drop

| Entity Served | FIRST TRANSIT INC |
|---|---|
| Case Number | 2022L007660 |
| Jurisdiction | IL |

| Inserts |
|---|
|  |



\* 5 0 2 0 4 4 4 1 \*

FILED
8/29/2022 2:25 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L007660
Calendar, E
19278161

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons

(12/01/20) CCG 0001 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

JEANIE A. MCSWAIN

Plaintiff(s)

v.

FIRST TRANSIT, INC. AND MARIAN R. BYRD,

Case No. 2022 L 007660

Defendant(s)

**First Transit, Inc.**
**CT Corporation System, Registered Agent**
**208 S Lasalle Street, Suite 814**
**Chicago, IL 60604**

Address of Defendant(s)

Please serve as follows (check one): ○ Certified Mail  ● Sheriff Service  ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE.** You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

8/29/2022 2:25 PM IRIS Y. MARTINEZ

(•) Atty. No.: 63114
( ) Pro Se 99500

Witness date _____

Name: Daniel Watkins, II
Atty. for (if applicable):
Jeanie McSwain
Address: 350 N Orleans Street, Ste. 9000N
City: Chicago
State: IL   Zip: 60654
Telephone: (312) 448-8181
Primary Email: info@kwlawchicago.com

IRIS Y. MARTINEZ, Clerk of Court

[ ] Service by Certified Mail: _____

[ ] Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES
#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551

* 5 0 2 0 4 4 4 1 *
FILED
8/29/2022 2:25 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L007660
Calendar, E
19278161

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

Summons - Alias Summons  (12/01/20) CCG 0001 A

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

JEANIE A. MCSWAIN

Plaintiff(s)

v.

FIRST TRANSIT, INC. AND MARIAN R. BYRD,

Case No. 2022 L 007660

Defendant(s)

**First Transit, Inc.**
**CT Corporation System, Registered Agent**
**208 S Lasalle Street, Suite 814**
**Chicago, IL 60604**

Address of Defendant(s)

Please serve as follows (check one): ◯ Certified Mail   ⬤ Sheriff Service   ◯ Alias

## SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE.**

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE.** You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

⦿ Atty. No.: 63114
○ Pro Se 99500

Name: Daniel Watkins, II
Atty. for (if applicable): Jeanie McSwain
Address: 350 N Orleans Street, Ste. 9000N
City: Chicago
State: IL   Zip: 60654
Telephone: (312) 448-8181
Primary Email: info@kwlawchicago.com

8/29/2022 2:25 PM IRIS Y. MARTINEZ

Witness date _____

_____
IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail: _____

☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 2 of 3

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info: (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info: (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info: (312) 603-6441

### ALL SUBURBAN CASE TYPES

#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info: (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info: (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info: (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info: (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info: (708) 232-4551

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

JEANIE A. MCSWAIN

v.

FIRST TRANSIT INC., an Illinois Corporation and MARIAN R. BYRD

No. _____

FILED
8/25/2022 11:46 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L007660
Calendar, E
19235134

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ■ Yes ☐ No

2022L007660

(FILE STAMP)

### PERSONAL INJURY/WRONGFUL DEATH
CASE TYPES:
- ■ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
  (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES
CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

### COMMERCIAL LITIGATION
CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
  (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
  (Please specify below.**)
- ☐ 075 Other Commercial Litigation
  (Please specify below.**)
- ☐ 076 Retaliatory Discharge

### OTHER ACTIONS
CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** _____

Primary Email: info@kwlawchicago.com

Secondary Email: dwatkins@kwlawchicago.com

Tertiary Email: jkennedy@kwlawchicago.com

By: /s/Daniel Watkins, II _____
(Attorney)    (Pro Se)

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

## IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

*5 0 2 0 4 4 4 1*

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JEANIE A. MCSWAIN,<br>Plaintiff,<br><br>v.<br><br>FIRST TRANSIT INC., an Illinois<br>Corporation AND MARIAN R. BYRD,<br>Defendants. | 2022L007660<br><br>Case No. _____<br><br>JURY TRIAL DEMANDED |

## COMPLAINT AT LAW

Plaintiff JEANIE A. MCSWAIN, by counsel KENNEDY WATKINS LLC, complains of defendants FIRST TRANSIT INC. AND MARIAN R. BYRD as follows.

## PARTIES & JURISDICTION

1. Plaintiff Jeanie A. McSwain resides in Griffith, Indiana.

2. Defendant First Transit Inc. (hereinafter "First Transit") is an Illinois Corporation doing business in Cook County, Illinois.

3. Defendant Marian R. Byrd resides in Cook County, Illinois.

4. At all relevant times, Defendant Marian R. Byrd was acting within the scope of her duties as an agent/employee of Defendant First Transit.

5. At all relevant times, Defendant First Transit owned and operated a white 2020 multi-passenger Bus with VIN number 1FDEU6PG8LKA44862 (hereinafter "Pace Bus").

6. All the events described herein transpired in Cook County, Illinois.

## FACTS

7. On November 12, 2021, Plaintiff Jeanie A. McSwain was driving a 2008 yellow school bus headed eastbound on S South Chicago Avenue near Stoney Island Avenue in Chicago, Illinois.

8. At that time and place, Defendant Marian R. Byrd was driving the Pace Bus headed southbound on Stoney Island Avenue near S South Chicago Avenue and 79th Street in Chicago Illinois.

9. As Plaintiff approached the intersection, she had the green light and the right of way to make a left turn from S South Chicago Avenue onto Stoney Island Avenue.

10. At that time and place, Defendant Marian R. Byrd, failed to yield the right of way to Plaintiff Jeanie McSwain, and as a result crashed into the right passenger back of the 2008 yellow school bus Plaintiff was driving.

11. As a result of Defendant Marian R. Byrd crashing into the back of Plaintiff's vehicle, plaintiff suffered serious injuries.

## COUNT I – NEGLIGENCE
### (Jeanie A. McSwain v. First Transit Incorporated)

12. Plaintiff realleges paragraphs 1-11 of this complaint as if fully set forth herein.

13. Defendant First Transit, by and through its agent and/or employee Marian R. Byrd, owed a duty of reasonable care to all other road users in the operation of the Pace Bus, including plaintiff Jeanie A McSwain.

2

14. In violation of the aforementioned duty, Defendant First Transit, by and through its agent and/or employee Marian R. Byrd committed one or more of the following negligent acts and/or omissions:

    i. Crashed into the right passenger side back of the vehicle driven by Plaintiff;

    ii. Failed to bring the Pace Bus to a complete stop before crashing into the right passenger side back of the vehicle Plaintiff was driving;

    iii. Drove at a speed that was excessive considering the circumstances;

    iv. Failed to apply brakes and/or reduce speed as to avoid a collision with the vehicle Plaintiff was driving;

    v. Failed to attempt evasive maneuvers to avoid crashing into the right passenger side back of the vehicle driven by Plaintiff;

    vi. Failed to keep a proper lookout; and/or

    vii. Was otherwise careless and/or negligent.

15. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions of defendant First Transit, by and through its agent and/or employee Marian R. Byrd, defendant's motor vehicle crashed into the right passenger side back of Plaintiff's vehicle, which caused Plaintiff suffer bodily injury, for which she experienced and is experiencing conscious pain and suffering,

loss of normal life, emotional distress, and additionally she lost wages and incurred liability for reasonable and necessary medical services.

WHEREFORE Plaintiff Jeanie A. McSwain requests that judgment be entered in her favor and against defendant First Transit Inc. as and for compensatory damages, in an amount in excess of the jurisdictional limits for assignment of this case to the Law Division, plus costs.

### COUNT II – NEGLIGENCE
### (Jeanie A. McSwain v. Marian R. Byrd)

16. Plaintiff realleges paragraphs 1-11 of this complaint as if fully set forth herein.

17. Defendant Marian R. Byrd, owed a duty of reasonable care to all other road users in the operation of the Pace Bus, including plaintiff Jeanie McSwain.

18. In violation of the aforementioned duty, defendant Marian R. Byrd committed one or more of the following negligent acts and/or omissions:

   i. Crashed into the right passenger side back of the vehicle driven by Plaintiff as she had the right of way to turn;

   ii. Failed to bring the vehicle she was operating to a complete stop before crashing into the right passenger side back of the vehicle Plaintiff was driving;

   iii. Drove at a speed that was excessive considering the circumstances;

   iv. Failed to apply brakes and/or reduce speed as to avoid a collision with the vehicle Plaintiff was driving;

  v. Failed to attempt evasive maneuvers to avoid crashing into the right passenger side back of the vehicle driven by Plaintiff;

  vi. Failed to keep a proper lookout; and/or

  vii. Was otherwise careless and/or negligent.

19. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions of defendant Marian R. Byrd, defendant's motor vehicle crashed into the back of Plaintiff's vehicle, which caused Plaintiff to suffer bodily injury, for which she experienced and is experiencing conscious pain and suffering, loss of normal life, emotional distress, and additionally she lost wages and incurred liability for reasonable and necessary medical services.

WHEREFORE Plaintiff Jeanie A McSwain requests that judgment be entered in her favor and against defendant Marian R. Byrd as and for compensatory damages, in an amount in excess of the jurisdictional limits for assignment of this case to the Law Division, plus costs.

<u>/s/ Daniel Watkins, II</u>
**DANIEL WATKINS, II**
**JOHN K. KENNEDY**
Kennedy Watkins LLC
350 North Orleans Street, Suite 9000N
Chicago, IL 60654
(312) 448-8181
Firm ID 63114
info@kwlawchicago.com

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JEANIE A. MCSWAIN,<br>　　　Plaintiff, | |
| v. | Case No. _____ |
| FIRST TRANSIT INC., an Illinois<br>Corporation AND MARIAN R. BYRD,<br>　　　Defendants. | |

### ILL. SUP. CT. R. 222(b) AFFIDAVIT

I, DANIEL WATKINS, II, hereby aver, subject to penalties provided by 735 ILCS 5/1-109, that I am one of the attorneys for plaintiffs in the above cause and, as such, have knowledge of the following:

In this civil action, plaintiffs seek damages in excess of $50,000.00.

　　　　　　　　　　　　　　　　　　/s/ Daniel Watkins, II
　　　　　　　　　　　　　　　　　　Daniel Watkins, II, Attorney

Kennedy Watkins LLC
350 North Orleans Street, Suite 9000N
Chicago, IL  60654
(312) 448-8181
Firm ID  63114
info@kwlawchicago.com
dwatkins@kwlawchicago.com